IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **ANDREW ROMINE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES 1-10,**<br><br>Defendants. | Case No. 3:16-cv-00371<br><br>Judge Jordan<br><br>Magistrate Judge Shirley |

## DEFENDANTS' MOTION TO STAY

Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Defendants"), respectfully move this Court to enter an order temporarily staying these proceedings pending disposition of a controlling action: *O'Connor v. Uber Techs., Inc.*, No. 13-cv-03826-EMC (N.D. Cal.). As set forth in the Memorandum of Law in Support of Defendants' Motion to Stay, at issue in *O'Connor* is the continued viability and impact of a December 23, 2015 Order entered in that action which purported to nullify a December 2015 Arbitration Provision. If the *O'Connor* court's December 23, 2015 Order remains in effect, then Plaintiff's claim will be subject to binding arbitration (by virtue of Plaintiff's agreement to arbitrate in accordance with a November 2014 Arbitration Provision); whereas if the December 23, 2015 Order is vacated, then Plaintiff's claim may proceed in this court (by virtue of Plaintiff's election to opt out of the December 2015 Arbitration Provision). Because the arbitrability of Plaintiff's claim depends upon the outcome of the pending challenge to the *O'Connor* court's December 23, 2015 Order, the requested stay will promote judicial economy by bringing certainty to the viability of the December 2015 Arbitration Provision and the rights and obligations of the parties. The requested stay is

1

necessary, will promote judicial efficiency, and will not harm either of the parties. Thus, this Court should stay these proceedings pending the decision in *O'Connor*.

Respectfully submitted,

s/ J. Christopher Anderson
J. Christopher Anderson (Bar. No. 019279)
Rachel R. Rosenblatt (Bar No. 027501)
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: 615.383.3033
Facsimile: 615.383.3323
chrisanderson@littler.com
rrosenblatt@littler.com

*Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via the Court's CM/ECF system upon the following:

| | | |
|---|---|---|
| Philip N. Ebert<br>Charles F. Barrett<br>Jeffrey A. Zager<br>NEAL & HARWELL, PLC<br>One Nashville Place, Suite 2000<br>150 Fourth Avenue North<br>Nashville, Tennessee 37219<br>pelbert@nealharwell.com<br>cbarrett@nealharwell.com<br>jzager@nealharwell.com | Paul B. Maslo<br>Hunter J. Shkolnik<br>NAPOLI SHKOLNIK PLLC<br>360 Lexington Ave., 11th Floor<br>New York, NY 10017<br>pmaslo@napolilaw.com<br>hunter@napolilaw.com | Brittany Weiner<br>IMBESI LAW P.C.<br>450 Seventh Avenue, Suite 1408<br>New York, NY 10123<br>Telephone: 212.736.0007<br>Brittany@lawicm.com |

on this the 16th day of August, 2016.

s/ J. Christopher Anderson
J. Christopher Anderson

Firmwide:142006718.2 073208.1228