IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ANDREW ROMINE, individually, and on behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 3:16-CV-00371

UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES 1-10,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by the attorneys for Andrew Romine. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: Feb 20, 2017

Print Name: Donald Wood

Signature: [signature]

Date of Birth: [redacted]

Address: 2323 Boxwood Ln, Knoxville, TN 37917

Telephone: (847) 721-7476

Email: stop7275@hotmail.com